UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS

STANLEY CHAIRS,
  Plaintiff,

vs.                                    Case No. 15-1359-SMY

DIRECTOR (JOHN DOE),
WARDEN KIMBERLY
BUTLER, AND JOHN
DOES.

## MOTION FOR APPOINTMENT OF COUNSEL

Plaintiff, Stanley Chairs, Pro se, moves this Court for Appointment of Counsel. In support thereof he states the following:

1. I am 26 years old with limited to very little experience with civil law and have not been successful in properly representing myself.

2. I have contacting approximately seven attorneys attempting to be represented prior and after the Court's ruling to separate me from the Ross v. Gossett, et. al. lawsuit. Some of which are attached as Exhibits 1-4. I received no reply from these attorneys.

3. I was told by prior representing Loevy and Loevy that there are discovery material that is valuable to me proving my claims that can not be accessed by inmates due to Illinois Department of Corrections' security.

With the above, the Plaintiff ask this Court to view this motion in good faith and appoint him counsel for proper representation and a fighting chance to present his claims to this honorable Court.

Respectfully

Stanley Charles B88959  
*[signature]* B88959  
P.O. Box 1000  
Menard, IL 62259

## AFFIDAVIT

The Plaintiff in the above action have read the above motion and swore under oath that the following is true to the best of his belief and knowledge.

*[signature]* B88959  
P.O. Box 1000  
Menard, IL 62259

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
prisoner.esl@ilsd.uscourts.gov

RECEIVED MAY 08 2019

## ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Southern District of Illinois for review and filing.

Name: __Chairs__

ID Number: __B88959__

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1. Is this a new civil rights complaint or habeas corpus petition?   Yes or **No**

   If this is a habeas case, please circle the related statute:   28 U.S.C. 2241 or 28 U.S.C. 2254

2. Is this an Amended Complaint or an Amended Habeas Petition?   Yes or **No**

   If yes, please list case number: _____

   If yes, but you do not know the case number mark here: _____

3. Should this document be filed in a pending case?   **Yes** or No

   If yes, please list case number: __15-1359-SMY__

   If yes, but you do not know the case number mark here: _____

4. Please list the total number of pages being transmitted:   __6__

5. If multiple documents, please identify each document and the number of pages for each document. For example: Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

| Name of Document | Number of Pages |
|---|---|
| - Motion For Appointment of Counsel | 1 |
| - Affidavit | 1 |
| - Legal Letters | 4 |

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record. Discovery materials sent to the Court will be returned unfiled.

To: Cabrini Green Legal Aid Clinic                                  3-3-19

How you doing? My name is Stanley Charles. I'm currently housed at Menard Correctional facility. I'm writing in regards of legal representation in a 1983 Civil Suit. To give you some of it's history, my case number is 3:15-cv-01359-smy-ccs. The file date is 12-14-15 and the basis of said suit is a claim of U.S.C. 8th Amend. Cruel and unusual punishment where the orange crush/tactical team used means of practice to torture me and other inmates.

Thereafter, my case was consolidated to Ross v. Gossett, et.al 3:15-cv-00309-smy-scw, due to the similarities in complaints. This suit was represented by the law firm Loevy and Loevy. Loevy and Loevy attorney's told me on a phone call that they were going to file a motion to not represent me no longer due to my complaint date was different from others in the class action, and a motion to get me counsel.

They told me that there were things in the discovery I could not get because of security reasons and the case was hard to do on your own. To my understanding neither of these motions have been heard yet. I'm waiting on a status update. I'm contacting agencies to represent me early because I don't know what I'm doing and need help.

Can you please reply to this letter as soon as you can.
                                                                Thank you
                                                                Stanley Charles B88959
                                                                P.O. Box 1000
                                                                Menard, IL 62259

To: Chicago's Lawyer's Committee for Civil Rights     3-20-19

How you doing? My name is Stanley Chairs. I'm currently housed at Menard Correctional Facility. I'm writing in regards of legal representation in a 1983 Civil Suit. History behind case is, case number 3:15-CV-01359-SMY-GCS, the file date is 12-4-15, and the basis of suit is a U.S.C. 8th Amend. Cruel and unusual punishment where the orange crush/tactical team used means of practice to torture me and other inmates.

Thereafter, my case was consolidated to Ross v. Gossett et.al. 3:15-cv-00309-smy-scw, due to the similarities in complaints. This suit was represented by the lawfirm Loevy and Loevy. Loevy and Loevy attorney's told me on a phone call that they were going to file a motion to not represent me due to my complaint date was different from others in the class action, and a motion to get me and others that they're separating counsel.

They told me that there were things in the discovery I could not get because of IDOC security purposes and the case was hard to do on my own. To my understanding neither of these motions have been heard yet. I'm writing on a status update. I'm contacting agencies to represent me early because I don't know what I'm doing and need help. Can you please reply to me soon.

Respectfully
Stanley Chairs B88959
P.O. Box 1000
Menard, IL 62259

To: Gowin F. Maniace Legal Aid Clinic                              4-7-19

How you doing? My name is Stanley Chairs. I'm currently housed at Menard Correctional Facility. I'm writing in regards of legal representation in a 1983 Civil Suit. To give you some information pertaining to this case. My case number is 3:15-cv-01359-smy-GCS. The file date on this suit is 12-14-15, and the basis of said suit is a claim of U.S.C. 8th Amend. Cruel and unusual punishment where the tactical team/orange crush used means in the rules, policies, and regulations to torture me and other inmates.

Thereafter, my case was consolidated to Ross v. Gossett, et. al. 3:15-CV-00309-smy-scw. due to the similarities in complaints. This suit was represented by the law firm Loevy and Loevy. Said law firm filed a motion to separate me and others from suit due to date differential.

Prior to motion being filed and ultimately granted, Loevy and Loevy attorneys assured me that they would ask the court to appoint me counsel due to things in the discovery inmates can't have due to security purposes and it's difficulty. This was never addressed and I have no representation. I do not know what I'm doing and I'm now reaching out to agencies to get help. Can you please contact me as soon as possible so we can talk more in depth.

                                                   Respectfully
                                                   Stanley Chairs B88959
                                                   P.O. Box 1000
                                                   Menard, IL 62259

To: Legal Assistance Foundation                                   4-15-19

How you doing? My name is Stanley Chairs. I'm currently housed at Menard Correctional Facility. I'm writing in regards of legal representation in a 1983 Civil Suit. To give you some information pertaining to my case. My case number is 3:15-cv-01359-SMY-GCS.

The file date on this suit is 12-14-15, and the basis of said suit is a claim of U.S.C. 8th amend cruel and unusual punishment where orange crush used means to torture me and other inmates in their practices laid out in tactical team/orange crush rules, policies, and regulations.

Thereafter, my case was consolidated with Ross v. Gossett et. al. 3:15-cv-00309-smy-scw, due to the similarities in complaint. This suit was represented by law firm Loevy and Loevy. Said law firm filed a motion to separate me and others from suit due to date differential.

Prior to motion being filed and ultimately granted, Loevy and Loevy attorneys assured me of this and said they would attempt to ask the court to get me represented due to things in the discovery inmates can't receive with the addition of its difficulty. This was never addressed and I have no representation.

I do not know what I'm doing and I'm knew reaching out to different agencies to get help. Can you please contact me soon so we can talk more in depth.

                                                      Respectfully
                                                      Stanley Chairs B88759
                                                      P.O. Box 1000 Menard, IL 62259