IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STANLEY CHAIRS, #B-88959, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| -vs- | )    No. 15-1359- SMY-MAB |
| | ) |
| DEPARTMENT OF CORRECTIONS, et al, | ) |
| | ) |
|     Defendants. | ) |

### DEFENDANT'S REPONSE IN OPPOSITION
### TO PLAINTIFF'S MOTION TO COMPEL

NOW COMES the Defendant, KIMBERLY BUTLER, by and through her attorney KWAME RAOUL, Attorney General of the State of Illinois, and provides her response in opposition to Plaintiff's motion to compel [Doc. 34], stating as follows:

1. On July 29, 2019, Plaintiff filed a motion to compel defendant to produce documents to help him identify the John Doe defendants in this matter. [Doc. 34].

2. In his motion, Plaintiff appears to be seeking to compel both the defendant in the instant matter and the law firm of Loevy & Loevy, who Plaintiff identifies as representing the plaintiffs in the case of *Ross, et al. v. Gossett, et al.* (15-309). This matter was recently severed from the *Ross* case. [Doc. 26].

3. Plaintiff requests that all discovery material previously produced in the *Ross* matter be turned over to him so that he may identify the John Doe defendants in the instant matter. [Doc. 34, p. 3]. Defendant does not possess the discovery materials sought.

4. In its Initial Scheduling and Discovery Order, the Court ordered Plaintiff to provide to Defendant any information he possesses to help identify the Doe defendants. [Doc. 32].

5. Plaintiff alleges that he provided specific dates from which Defendant should be able to produce records and identify the Doe defendants in this matter.

6. Nowhere in Plaintiff's initial disclosures or in his complaint [Doc. 1], does Plaintiff outline specific dates. In his complaint, Plaintiff states that "sense (sic) approximately June of 2013, on numerous occasions," he was subjected to improper shakedowns and searches by the IDOC Tactical Team. [Doc. 1, p. 4]. Plaintiff did not provide adequate information from which Defendant could provide pertinent records.

7. However, upon review of the Court's Report & Recommendation in *Ross*, Defendant discovered Plaintiff's claims surround a shakedown at Menard Correctional Center in October of 2014. [Doc. 507].

8. Defendant is currently working to search for and gather documents pertaining to a shakedown at Menard in October of 2014, some of which may help Plaintiff identify the Doe defendants.

9. Accordingly, Defendant cannot produce the documents produced in *Ross,* and an order compelling defendant to produce documents related to the October 2014 shakedown at Menard is not necessary, as Defendant is in the process of gathering the responsive records.

WHEREFORE, for the above and foregoing reasons, Defendant requests the Court deny Plaintiff's motion to compel.

                                    Respectfully submitted,

                                    KIMBERLY BUTLER,

                                        Defendant,

Megan Ditzler, #6318052            KWAME RAOUL, Illinois Attorney General,
Assistant Attorney General
500 South Second Street                Attorney for Defendant,
Springfield, Illinois  62701
(217) 557-0261 Phone               By:  s/ Megan Ditzler
(217) 524-5091 Fax                      Megan Ditzler, #6318052
Email: mditzler@atg.state.il.us         Assistant Attorney General

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| STANLEY CHAIRS, #B-88959, )<br>)<br>Plaintiff, )<br>)<br>-vs- )<br>)<br>DEPARTMENT OF CORRECTIONS, et al, )<br>)<br>Defendants. ) | No. 15-1359- SMY-MAB |

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 12, 2019, the foregoing document, *Defendant's Response in Opposition to Plaintiff's Motion to Compel*, was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

NONE

and I hereby certify that on the same date I caused a copy of the same to be mailed by United States Postal Service, in an envelope fully prepaid and properly addressed, to the following non-registered participant:

Stanley Chairs, #B-88959
Menard Correctional Center
Inmate Mail/Parcels
PO Box 1000
Menard, IL  62259

Respectfully submitted,

s/Megan Ditzler
Megan Ditzler, #6318052
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62701
(217) 557-0261 Phone
(217) 524-5091 Fax
mditzler@atg.state.il.us