UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF ILLINOIS

STANLEY CHAIRS,
 PLAINTIFF,
vs.    CASE NO. 15-1359-SMY
KIMBERLY BUTLER,
et al.
 DEFENDANTS

## MOTION TO SUBSTITUTE SPECIFIC DEFENDANTS FOR THE JOHN DOES

Now Comes Plaintiff, Stanley Chairs, Pro Se in pursuant to Civil Rules and Court order to substitute specific defendants for the John does, and in support thereof, states the following:

1. Plaintiff's original date to comply with the above court order was August 5, 2019.

2. Plaintiff filed a Motion for Continuance and was granted. 7-29-19

3. Plaintiff filed a Motion to Compel defendants and other parties on 7-29-19 to produce documents that would help assist him in identifying John does.

The defendants told the Court that they were preparing documents requested by plaintiff. Plaintiff have not received one document

from the defendants to help him, which was filed 8-12-19.

this court have not yet ruled on plaintiff's motion.

4. Plaintiff is now complying with the above court order to provide the defendants with additional information to help him identify said John does.

(a.) All above information hereafter requested is in respects of Tactical team / Orange Crush shakedown at Menard Correctional Center, in the East cell house, in October of 2014.

(b.) All tactical team members who was active in shakedown in any way, but specify by title, name, and position in which part they individually played in shakedown.

for example: team member, name, escorted inmates out of building, back to building, and shook down inmate cells. or,

patrolled the chapel as a supervisor, etc.

(c.) All Tactical team authority members, as in all individuals who overseen the operations of this shackdown, with authority to enforce, promote, facilitate any and all policies, rules, regulations, and/or practices in respects to Tactical teams operations.

(d.) all personal who implemented the policies

rules, regulations and practices used in this shakedown.

These policies, rules, regulations, and practices pertains to the operations implemented to specify staff chain of command, descriptions of position, and but not limited to the description of duties given in there respect.

Plaintiff ask this court recognize his compliance to the court and compel the defendants to comply as well with turning over the needed documents plaintiff need.

## CONCLUSION

Plaintiff have read the above and agree in it's entirety that it is true to the best of his knowledge and understanding.

Respectfully Submitted,
Stanley Chavis B88959
P.O. Box 1000
Menard, IL 62259



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
prisoner.esl@ilsd.uscourts.gov

ELECTRONIC FILING COVER SHEET

RECEIVED SEP 04 2019

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Southern District of Illinois for review and filing.

Name: **Chairs**

ID Number: **B88989**

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1. Is this a new civil rights complaint or habeas corpus petition?   Yes or **(No)**

   If this is a habeas case, please circle the related statute: 28 U.S.C. 2241 or 28 U.S.C. 2254

2. Is this an Amended Complaint or an Amended Habeas Petition?   Yes or **(No)**

   If yes, please list case number: _____

   If yes, but you do not know the case number mark here: _____

3. Should this document be filed in a pending case?   **(Yes)** or No

   If yes, please list case number: **15-1359-SMY**

   If yes, but you do not know the case number mark here: _____

4. Please list the total number of pages being transmitted: **3**

5. If multiple documents, please identify each document and the number of pages for each document. For example: Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

| Name of Document | Number of Pages |
|---|---|
| — Motion To Substitute Specific Defendants For The John Does | 3 |

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record. Discovery materials sent to the Court will be returned unfiled.