# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STANLEY CHAIRS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 15-CV-01359-SMY |
| | ) |
| KIMBERLY BUTLER, et al., | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

This matter comes before the Court on Plaintiff' Motion to Substitute John Doe Defendants. (Doc. 45). Plaintiff seeks to substitute over 70 individuals for the previously named Doe Defendants and he seeks to add more Doe defendants. Plaintiff fails to identify how any of the named individuals, or the newly named Doe Defendants, were involved in the claim he is making in this case. Accordingly, his motion is DENIED without prejudice.

Plaintiff shall have until May 6, 2020 to serve upon Defendant and file with the Court a notice indicating: (1) the specific date and approximate time of each of the alleged instances of excessive force by the Tactical Team/Orange Crush; (2) the number of individuals involved in each discrete incident; (3) a description, to the extent possible, of each individual involved; and (4) the location where he was housed (i.e. cell and block) when each incident occurred.

Within 14 days of the date Plaintiff's Notice is filed with the Court, Defendant shall provide Plaintiff with a list of each staff member (including their name and rank) or person who were involved in the shakedowns at the date/ time / location identified by Plaintiff.

Within 30 days of receipt of the aforementioned information from Defendant, Plaintiff shall file a **First Amended Complaint** in compliance with Federal Rule of Civil Procedure 8

and *Twombly* pleading standards.[1]  Specifically, Plaintiff shall identify each Defendant in the case caption by name and set forth sufficient allegations against each Defendant to describe what each individual did or failed to do to violate his constitutional rights as it pertains to the claim he has made in this case.  Plaintiff should include the relevant facts of his case in chronological order, inserting each Defendant's name where necessary to identify the actors and each Defendant's actions.  The **Clerk of Court** is **DIRECTED** to send Plaintiff a courtesy copy of his Complaint (Doc. 1) and a civil rights compliant form.

Plaintiff's failure to identify the Doe Defendants and file a First Amended Complaint within the allotted time or consistent with the instructions set forth in this Order will result in dismissal of the Doe Defendants without further notice for failure to comply with a court order and/or for failure to prosecute his claims.  Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

**DATED:  April 7, 2020**

> *s/ Staci M. Yandle*
> **STACI M. YANDLE**
> **United States District Judge**

---

[1] Under Rule 8, a Complaint must include a short, plain statement of the case against each individual. Further, Plaintiff must plead "enough facts to state a claim that is plausible on its face." *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570 (2007).